People of State of Illinois, Defendant in Error, v. Alex P. Peters, Plaintiff in Error.

Gen. No. 10,931.    (Abstract of Decision.)

Second District.

July 9, 1956.

Rehearing denied July 30, 1956.

Released for publication July 30, 1956.

John R. Snively, for plaintiff in error; Robert R. Canfield, State's Attorney, and Rosario A. Gaziano, Assistant State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.